NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS RODENHIZER,**
*Claimant*

**DEBORAH RODENHIZER,**
*Movant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1377

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4740, Judge Joseph L. Falvey, Jr.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

At oral argument scheduled for November 5, 2024, the parties should be prepared to address the opinion *Smith v. McDonough*, 112 F.4th 1357 (Fed. Cir. 2024).

FOR THE COURT

October 16, 2024
Date

Jarrett B. Perlow
Clerk of Court