# United States Court of Appeals for the Federal Circuit

---

**THOMAS RODENHIZER,**
*Claimant*

**DEBORAH RODENHIZER,**
*Movant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1377

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4740, Judge Joseph L. Falvey, Jr.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

December 30, 2024
Date

Jarrett B. Perlow
Clerk of Court